| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 10/17/12 | J | A | |
| 648. - - Ishares TR Russell Midcap Val Index Fd | A | Dividend | | | Sold (part) | 10/17/12 | J | A | |
| 649. | | | | | Sold (part) | 10/17/12 | J | | |
| 650. | | | | | Sold (part) | 10/17/12 | J | A | |
| 651. | | | | | Sold (part) | 10/17/12 | J | A | |
| 652. | | | | | Sold (part) | 10/17/12 | J | A | |
| 653. | | | | | Sold (part) | 10/17/12 | J | A | |
| 654. | | | | | Sold (part) | 10/17/12 | J | A | |
| 655. | | | | | Sold (part) | 10/17/12 | J | A | |
| 656. | | | | | Sold | 10/17/12 | J | A | |
| 657. - - JPMorgan Tr II Core Bd Fd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 658. | | | | | Sold (part) | 10/17/12 | J | | |
| 659. | | | | | Sold (part) | 10/17/12 | J | | |
| 660. | | | | | Sold (part) | 10/17/12 | J | A | |
| 661. | | | | | Sold (part) | 10/17/12 | J | A | |
| 662. | | | | | Sold (part) | 10/17/12 | J | | |
| 663. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 10/17/12 | J | | |
| 665. | | | | | Sold (part) | 10/17/12 | J | A | |
| 666. | | | | | Sold (part) | 10/17/12 | J | A | |
| 667. | | | | | Sold (part) | 10/17/12 | J | A | |
| 668. | | | | | Sold (part) | 10/17/12 | J | A | |
| 669. | | | | | Sold (part) | 10/17/12 | J | A | |
| 670. | | | | | Sold (part) | 10/17/12 | J | A | |
| 671. | | | | | Sold (part) | 10/17/12 | J | A | |
| 672. | | | | | Sold (part) | 10/17/12 | J | A | |
| 673. | | | | | Sold (part) | 10/17/12 | J | A | |
| 674. | | | | | Sold (part) | 10/17/12 | J | A | |
| 675. | | | | | Sold (part) | 10/17/12 | J | A | |
| 676. | | | | | Sold (part) | 10/17/12 | J | A | |
| 677. | | | | | Sold (part) | 10/17/12 | J | A | |
| 678. | | | | | Sold (part) | 10/17/12 | J | A | |
| 679. | | | | | Sold (part) | 10/17/12 | J | A | |
| 680. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 10/17/12 | J | A | |
| 682. | | | | | Sold (part) | 10/17/12 | J | A | |
| 683. | | | | | Sold (part) | 10/17/12 | J | A | |
| 684. | | | | | Sold (part) | 10/17/12 | J | A | |
| 685. | | | | | Sold (part) | 10/17/12 | J | A | |
| 686. | | | | | Sold | 10/17/12 | J | A | |
| 687. - - JPMorgan Diversified Mid Cap Growth Fd Sel Cl | None | | | | Sold (part) | 10/17/12 | J | A | |
| 688. | | | | | Sold (part) | 10/17/12 | J | | |
| 689. | | | | | Sold (part) | 10/17/12 | J | | |
| 690. | | | | | Sold (part) | 10/17/12 | J | | |
| 691. | | | | | Sold | 10/17/12 | J | | |
| 692. - - JPMorgan Tr I Emerging Mkts Equity Fd Sel | None | | | | Sold (part) | 10/17/12 | J | | |
| 693. | | | | | Sold (part) | 10/17/12 | J | | |
| 694. | | | | | Sold (part) | 10/17/12 | J | | |
| 695. | | | | | Sold (part) | 10/17/12 | J | | |
| 696. | | | | | Sold (part) | 10/17/12 | J | | |
| 697. | | | | | Sold (part) | 10/17/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 10/17/12 | J | | |
| 699. | | | | | Sold | 10/17/12 | J | | |
| 700. - - JPMorgan Tr I Intrepid Value Fd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 701. | | | | | Sold (part) | 10/17/12 | J | A | |
| 702. | | | | | Sold (part) | 10/17/12 | J | A | |
| 703. | | | | | Sold (part) | 10/17/12 | J | A | |
| 704. | | | | | Sold (part) | 10/17/12 | J | A | |
| 705. | | | | | Sold (part) | 10/17/12 | J | A | |
| 706. | | | | | Sold (part) | 10/17/12 | J | A | |
| 707. | | | | | Sold (part) | 10/17/12 | J | A | |
| 708. | | | | | Sold (part) | 10/17/12 | J | A | |
| 709. | | | | | Sold (part) | 10/17/12 | J | A | |
| 710. | | | | | Sold (part) | 10/17/12 | J | A | |
| 711. | | | | | Sold (part) | 10/17/12 | J | A | |
| 712. | | | | | Sold (part) | 10/17/12 | J | A | |
| 713. | | | | | Sold | 10/17/12 | J | A | |
| 714. - - JPMorgan Treasury & Agency Fd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 10/17/12 | J | | |
| 716. | | | | | Sold (part) | 10/17/12 | J | | |
| 717. | | | | | Sold (part) | 10/17/12 | J | | |
| 718. | | | | | Sold (part) | 10/17/12 | J | | |
| 719. | | | | | Sold (part) | 10/17/12 | J | | |
| 720. | | | | | Sold (part) | 10/17/12 | J | | |
| 721. | | | | | Sold (part) | 10/17/12 | J | | |
| 722. | | | | | Sold (part) | 10/17/12 | J | | |
| 723. | | | | | Sold (part) | 10/17/12 | J | | |
| 724. | | | | | Sold (part) | 10/17/12 | J | | |
| 725. | | | | | Sold (part) | 10/17/12 | J | | |
| 726. | | | | | Sold (part) | 10/17/12 | J | | |
| 727. | | | | | Sold (part) | 10/17/12 | J | | |
| 728. | | | | | Sold (part) | 10/17/12 | J | | |
| 729. | | | | | Sold (part) | 10/17/12 | J | | |
| 730. | | | | | Sold (part) | 10/17/12 | J | | |
| 731. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 10/17/12 | J | | |
| 733. | | | | | Sold (part) | 10/17/12 | J | | |
| 734. | | | | | Sold (part) | 10/17/12 | J | | |
| 735. | | | | | Sold (part) | 10/17/12 | J | | |
| 736. | | | | | Sold (part) | 10/17/12 | J | | |
| 737. | | | | | Sold (part) | 10/17/12 | J | | |
| 738. | | | | | Sold (part) | 10/17/12 | J | | |
| 739. | | | | | Sold (part) | 10/17/12 | J | | |
| 740. | | | | | Sold (part) | 10/17/12 | J | | |
| 741. | | | | | Sold (part) | 10/17/12 | J | | |
| 742. | | | | | Sold (part) | 10/17/12 | J | | |
| 743. | | | | | Sold (part) | 10/17/12 | J | | |
| 744. | | | | | Sold (part) | 10/17/12 | J | | |
| 745. | | | | | Sold (part) | 10/17/12 | J | | |
| 746. | | | | | Sold (part) | 10/17/12 | J | | |
| 747. | | | | | Sold (part) | 10/17/12 | J | | |
| 748. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 10/17/12 | J | | |
| 750. | | | | | Sold (part) | 10/17/12 | J | | |
| 751. | | | | | Sold (part) | 10/17/12 | J | | |
| 752. | | | | | Sold (part) | 10/17/12 | J | | |
| 753. | | | | | Sold (part) | 10/17/12 | J | | |
| 754. | | | | | Sold (part) | 10/17/12 | J | | |
| 755. | | | | | Sold (part) | 10/17/12 | J | | |
| 756. | | | | | Sold (part) | 10/17/12 | J | | |
| 757. | | | | | Sold (part) | 10/17/12 | J | | |
| 758. | | | | | Sold | 10/17/12 | J | | |
| 759.  - - PIMCO Total Return Fd Institutional Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 760. | | | | | Sold (part) | 10/17/12 | J | A | |
| 761. | | | | | Sold (part) | 10/17/12 | J | | |
| 762. | | | | | Sold (part) | 10/17/12 | J | A | |
| 763. | | | | | Sold (part) | 10/17/12 | J | A | |
| 764. | | | | | Sold (part) | 10/17/12 | J | | |
| 765. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 10/17/12 | J | A | |
| 767. | | | | | Sold (part) | 10/17/12 | J | A | |
| 768. | | | | | Sold (part) | 10/17/12 | J | | |
| 769. | | | | | Sold (part) | 10/17/12 | J | A | |
| 770. | | | | | Sold (part) | 10/17/12 | J | A | |
| 771. | | | | | Sold (part) | 10/17/12 | J | A | |
| 772. | | | | | Sold (part) | 10/17/12 | J | A | |
| 773. | | | | | Sold (part) | 10/17/12 | J | | |
| 774. | | | | | Sold (part) | 10/17/12 | J | | |
| 775. | | | | | Sold (part) | 10/17/12 | J | A | |
| 776. | | | | | Sold | 10/17/12 | J | A | |
| 777. - - Royce Total Return Fd | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 778. | | | | | Sold (part) | 10/17/12 | J | | |
| 779. | | | | | Sold (part) | 10/17/12 | J | A | |
| 780. | | | | | Sold (part) | 10/17/12 | J | | |
| 781. | | | | | Sold (part) | 10/17/12 | J | A | |
| 782. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 10/17/12 | J | | |
| 784. | | | | | Sold (part) | 10/17/12 | J | A | |
| 785. | | | | | Sold (part) | 10/17/12 | J | | |
| 786. | | | | | Sold (part) | 10/17/12 | J | A | |
| 787. | | | | | Sold (part) | 10/17/12 | J | A | |
| 788. | | | | | Sold | 10/17/12 | J | A | |
| 789. - - Thornburg Invt Tr Value Fd Cl I | None | | | | Sold (part) | 10/17/12 | J | | |
| 790. | | | | | Sold (part) | 10/17/12 | J | | |
| 791. | | | | | Sold (part) | 10/17/12 | J | | |
| 792. | | | | | Sold (part) | 10/17/12 | J | | |
| 793. | | | | | Sold (part) | 10/17/12 | J | | |
| 794. | | | | | Sold (part) | 10/17/12 | J | | |
| 795. | | | | | Sold (part) | 10/17/12 | J | | |
| 796. | | | | | Sold (part) | 10/17/12 | J | | |
| 797. | | | | | Sold (part) | 10/17/12 | J | | |
| 798. | | | | | Sold (part) | 10/17/12 | J | | |
| 799. | | | | | Sold | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - - Transamerica Aegon Hgh Yld Bd Cl A | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 801. | | | | | Sold (part) | 10/17/12 | J | | |
| 802. | | | | | Sold (part) | 10/17/12 | J | A | |
| 803. | | | | | Sold (part) | 10/17/12 | J | A | |
| 804. | | | | | Sold (part) | 10/17/12 | J | A | |
| 805. | | | | | Sold (part) | 10/17/12 | J | | |
| 806. | | | | | Sold (part) | 10/17/12 | J | A | |
| 807. | | | | | Sold (part) | 10/17/12 | J | A | |
| 808. | | | | | Sold (part) | 10/17/12 | J | A | |
| 809. | | | | | Sold (part) | 10/17/12 | J | A | |
| 810. | | | | | Sold (part) | 10/17/12 | J | A | |
| 811. | | | | | Sold (part) | 10/17/12 | J | A | |
| 812. | | | | | Sold (part) | 10/17/12 | J | A | |
| 813. | | | | | Sold (part) | 10/17/12 | J | A | |
| 814. | | | | | Sold (part) | 10/17/12 | J | A | |
| 815. | | | | | Sold (part) | 10/17/12 | J | A | |
| 816. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 10/17/12 | J | A | |
| 818.  - - Western Asset Core Bond Port Cl I | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 819. | | | | | Sold (part) | 10/17/12 | J | | |
| 820. | | | | | Sold (part) | 10/17/12 | J | | |
| 821. | | | | | Sold (part) | 10/17/12 | J | A | |
| 822. | | | | | Sold (part) | 10/17/12 | J | A | |
| 823. | | | | | Sold (part) | 10/17/12 | J | A | |
| 824. | | | | | Sold (part) | 10/17/12 | J | A | |
| 825. | | | | | Sold (part) | 10/17/12 | J | | |
| 826. | | | | | Sold (part) | 10/17/12 | J | A | |
| 827. | | | | | Sold (part) | 10/17/12 | J | A | |
| 828. | | | | | Sold (part) | 10/17/12 | J | A | |
| 829. | | | | | Sold (part) | 10/17/12 | J | A | |
| 830. | | | | | Sold (part) | 10/17/12 | J | A | |
| 831. | | | | | Sold (part) | 10/17/12 | J | A | |
| 832. | | | | | Sold (part) | 10/17/12 | J | A | |
| 833. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 10/17/12 | J | A | |
| 835. | | | | | Sold (part) | 10/17/12 | J | A | |
| 836. | | | | | Sold (part) | 10/17/12 | J | A | |
| 837. | | | | | Sold (part) | 10/17/12 | J | A | |
| 838. | | | | | Sold (part) | 10/17/12 | J | A | |
| 839. | | | | | Sold (part) | 10/17/12 | J | A | |
| 840. | | | | | Sold (part) | 10/17/12 | J | A | |
| 841. | | | | | Sold (part) | 10/17/12 | J | A | |
| 842. | | | | | Sold (part) | 10/17/12 | J | A | |
| 843. | | | | | Sold (part) | 10/17/12 | J | A | |
| 844. | | | | | Sold (part) | 10/17/12 | J | A | |
| 845. | | | | | Sold (part) | 10/17/12 | J | A | |
| 846. | | | | | Sold (part) | 10/17/12 | J | A | |
| 847. | | | | | Sold | 10/17/12 | J | A | |
| 848. - Trust #3 Brokerage Acct #6 (JB - 568) (see part VIII) (H) | | | | | | | | | |
| 849. - - JPMorgan TR II Mun MMkt Fd Morgan Cl | | None | | | Distributed | 10/22/12 | K | | |
| 850. - - Blackrock Cap Apprec Fd Inc Cl A | | None | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 10/17/12 | J | A | |
| 852. - - Delaware Pooled Tr: REIT Instit Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 853. | | | | | Sold (part) | 10/17/12 | J | | |
| 854. | | | | | Sold (part) | 10/17/12 | J | A | |
| 855. | | | | | Sold (part) | 10/17/12 | J | | |
| 856. | | | | | Sold (part) | 10/17/12 | J | | |
| 857. | | | | | Sold (part) | 10/17/12 | J | A | |
| 858. | | | | | Sold (part) | 10/17/12 | J | A | |
| 859. | | | | | Sold (part) | 10/17/12 | J | A | |
| 860. | | | | | Sold (part) | 10/17/12 | J | A | |
| 861. | | | | | Sold (part) | 10/17/12 | J | A | |
| 862. | | | | | Sold (part) | 10/17/12 | J | A | |
| 863. | | | | | Sold (part) | 10/17/12 | J | A | |
| 864. | | | | | Sold (part) | 10/17/12 | J | A | |
| 865. | | | | | Sold (part) | 10/17/12 | J | A | |
| 866. | | | | | Sold (part) | 10/17/12 | J | A | |
| 867. | | | | | Sold | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - - Dodge & Cox Intl Stk Fd | | None | | | Sold (part) | 10/17/12 | J | A | |
| 869. | | | | | Sold (part) | 10/17/12 | J | | |
| 870. | | | | | Sold (part) | 10/17/12 | J | | |
| 871. | | | | | Sold (part) | 10/17/12 | J | | |
| 872. | | | | | Sold | 10/17/12 | J | | |
| 873. - - Ford Mtr Co Del Com | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 874. | | | | | Sold (part) | 10/17/12 | J | | |
| 875. | | | | | Sold (part) | 10/17/12 | J | | |
| 876. | | | | | Sold | 10/17/12 | J | | |
| 877. - - Harbor Intl Fd Institutional | | None | | | Sold (part) | 10/17/12 | J | A | |
| 878. | | | | | Sold (part) | 10/17/12 | J | | |
| 879. | | | | | Sold (part) | 10/17/12 | J | | |
| 880. | | | | | Sold (part) | 10/17/12 | J | | |
| 881. | | | | | Sold | 10/17/12 | J | | |
| 882. - - Ishares TR Russell 2000 Growth Index Fd | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 883. | | | | | Sold (part) | 10/17/12 | J | | |
| 884. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 10/17/12 | J | | |
| 886. | | | | | Sold (part) | 10/17/12 | J | | |
| 887. | | | | | Sold (part) | 10/17/12 | J | | |
| 888. | | | | | Sold | 10/17/12 | J | | |
| 889.  - - Ishares TR Russell Midcap Val Index Fd | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 890. | | | | | Sold (part) | 10/17/12 | J | | |
| 891. | | | | | Sold (part) | 10/17/12 | J | | |
| 892. | | | | | Sold (part) | 10/17/12 | J | A | |
| 893. | | | | | Sold (part) | 10/17/12 | J | A | |
| 894. | | | | | Sold (part) | 10/17/12 | J | | |
| 895. | | | | | Sold (part) | 10/17/12 | J | A | |
| 896. | | | | | Sold | 10/17/12 | J | A | |
| 897.  - - JPMorgan Tr II Core Bd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 898. | | | | | Sold (part) | 10/17/12 | J | | |
| 899. | | | | | Sold (part) | 10/17/12 | J | | |
| 900. | | | | | Sold (part) | 10/17/12 | J | | |
| 901. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 10/17/12 | J | | |
| 903. | | | | | Sold (part) | 10/17/12 | J | | |
| 904. | | | | | Sold (part) | 10/17/12 | J | A | |
| 905. | | | | | Sold (part) | 10/17/12 | J | A | |
| 906. | | | | | Sold (part) | 10/17/12 | J | A | |
| 907. | | | | | Sold (part) | 10/17/12 | J | A | |
| 908. | | | | | Sold (part) | 10/17/12 | J | A | |
| 909. | | | | | Sold (part) | 10/17/12 | J | | |
| 910. | | | | | Sold (part) | 10/17/12 | J | | |
| 911. | | | | | Sold (part) | 10/17/12 | J | A | |
| 912. | | | | | Sold (part) | 10/17/12 | J | A | |
| 913. | | | | | Sold (part) | 10/17/12 | J | A | |
| 914. | | | | | Sold (part) | 10/17/12 | J | A | |
| 915. | | | | | Sold (part) | 10/17/12 | J | A | |
| 916. | | | | | Sold (part) | 10/17/12 | J | A | |
| 917. | | | | | Sold (part) | 10/17/12 | J | A | |
| 918. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 10/17/12 | J | A | |
| 920. | | | | | Sold (part) | 10/17/12 | J | A | |
| 921. | | | | | Sold (part) | 10/17/12 | J | A | |
| 922. | | | | | Sold (part) | 10/17/12 | J | A | |
| 923. | | | | | Sold (part) | 10/17/12 | J | A | |
| 924. | | | | | Sold (part) | 10/17/12 | J | A | |
| 925. | | | | | Sold (part) | 10/17/12 | J | A | |
| 926. | | | | | Sold (part) | 10/17/12 | J | A | |
| 927. | | | | | Sold (part) | 10/17/12 | J | A | |
| 928. | | | | | Sold (part) | 10/17/12 | J | A | |
| 929. | | | | | Sold (part) | 10/17/12 | J | A | |
| 930. | | | | | Sold (part) | 10/17/12 | J | A | |
| 931. | | | | | Sold (part) | 10/17/12 | J | A | |
| 932. | | | | | Sold (part) | 10/17/12 | J | A | |
| 933. | | | | | Sold (part) | 10/17/12 | J | A | |
| 934. | | | | | Sold (part) | 10/17/12 | J | A | |
| 935. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold (part) | 10/17/12 | J | A | |
| 937. | | | | | Sold (part) | 10/17/12 | J | A | |
| 938. | | | | | Sold (part) | 10/17/12 | J | A | |
| 939. | | | | | Sold (part) | 10/17/12 | J | A | |
| 940. | | | | | Sold (part) | 10/17/12 | J | A | |
| 941. | | | | | Sold (part) | 10/17/12 | J | A | |
| 942. | | | | | Sold (part) | 10/17/12 | J | A | |
| 943. | | | | | Sold (part) | 10/17/12 | J | A | |
| 944. | | | | | Sold (part) | 10/17/12 | J | A | |
| 945. | | | | | Sold (part) | 10/17/12 | J | A | |
| 946. | | | | | Sold (part) | 10/17/12 | J | A | |
| 947. | | | | | Sold (part) | 10/17/12 | J | A | |
| 948. | | | | | Sold (part) | 10/17/12 | J | A | |
| 949. | | | | | Sold (part) | 10/17/12 | J | A | |
| 950. | | | | | Sold | 10/17/12 | J | A | |
| 951. - - JPMorgan Diversified Mid Cap Growth Fd Sel Cl | None | | | | Sold (part) | 10/17/12 | J | A | |
| 952. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold (part) | 10/17/12 | J | | |
| 954. | | | | | Sold | 10/17/12 | J | | |
| 955. - - JPMorgan Tr I Emerging Mkts Equity Fd Sel | | None | | | Sold (part) | 10/17/12 | J | | |
| 956. | | | | | Sold (part) | 10/17/12 | J | | |
| 957. | | | | | Sold (part) | 10/17/12 | J | | |
| 958. | | | | | Sold (part) | 10/17/12 | J | | |
| 959. | | | | | Sold | 10/17/12 | J | | |
| 960. - - JPMorgan Tr I Intrepid Value Fd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 961. | | | | | Sold (part) | 10/17/12 | J | A | |
| 962. | | | | | Sold (part) | 10/17/12 | J | | |
| 963. | | | | | Sold (part) | 10/17/12 | J | A | |
| 964. | | | | | Sold (part) | 10/17/12 | J | | |
| 965. | | | | | Sold (part) | 10/17/12 | J | | |
| 966. | | | | | Sold (part) | 10/17/12 | J | A | |
| 967. | | | | | Sold (part) | 10/17/12 | J | A | |
| 968. | | | | | Sold (part) | 10/17/12 | J | A | |
| 969. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold (part) | 10/17/12 | J | A | |
| 971. | | | | | Sold (part) | 10/17/12 | J | A | |
| 972. | | | | | Sold (part) | 10/17/12 | J | A | |
| 973. | | | | | Sold (part) | 10/17/12 | J | A | |
| 974. | | | | | Sold (part) | 10/17/12 | J | A | |
| 975. | | | | | Sold (part) | 10/17/12 | J | A | |
| 976. | | | | | Sold (part) | 10/17/12 | J | A | |
| 977. | | | | | Sold | 10/17/12 | J | A | |
| 978. - - JPMorgan Treasury & Agency Fd Sel Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 979. | | | | | Sold (part) | 10/17/12 | J | | |
| 980. | | | | | Sold (part) | 10/17/12 | J | | |
| 981. | | | | | Sold (part) | 10/17/12 | J | | |
| 982. | | | | | Sold (part) | 10/17/12 | J | | |
| 983. | | | | | Sold (part) | 10/17/12 | J | | |
| 984. | | | | | Sold (part) | 10/17/12 | J | | |
| 985. | | | | | Sold (part) | 10/17/12 | J | | |
| 986. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 10/17/12 | J | | |
| 988. | | | | | Sold (part) | 10/17/12 | J | | |
| 989. | | | | | Sold (part) | 10/17/12 | J | | |
| 990. | | | | | Sold (part) | 10/17/12 | J | | |
| 991. | | | | | Sold (part) | 10/17/12 | J | | |
| 992. | | | | | Sold (part) | 10/17/12 | J | | |
| 993. | | | | | Sold (part) | 10/17/12 | J | | |
| 994. | | | | | Sold (part) | 10/17/12 | J | | |
| 995. | | | | | Sold (part) | 10/17/12 | J | | |
| 996. | | | | | Sold (part) | 10/17/12 | J | | |
| 997. | | | | | Sold (part) | 10/17/12 | J | | |
| 998. | | | | | Sold (part) | 10/17/12 | J | | |
| 999. | | | | | Sold (part) | 10/17/12 | J | | |
| 1000. | | | | | Sold (part) | 10/17/12 | J | | |
| 1001. | | | | | Sold (part) | 10/17/12 | J | | |
| 1002. | | | | | Sold (part) | 10/17/12 | J | | |
| 1003. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold (part) | 10/17/12 | J | | |
| 1005. | | | | | Sold (part) | 10/17/12 | J | | |
| 1006. | | | | | Sold (part) | 10/17/12 | J | | |
| 1007. | | | | | Sold (part) | 10/17/12 | J | | |
| 1008. | | | | | Sold (part) | 10/17/12 | J | | |
| 1009. | | | | | Sold (part) | 10/17/12 | J | | |
| 1010. | | | | | Sold (part) | 10/17/12 | J | | |
| 1011. | | | | | Sold (part) | 10/17/12 | J | | |
| 1012. | | | | | Sold (part) | 10/17/12 | J | | |
| 1013. | | | | | Sold (part) | 10/17/12 | J | | |
| 1014. | | | | | Sold (part) | 10/17/12 | J | | |
| 1015. | | | | | Sold (part) | 10/17/12 | J | | |
| 1016. | | | | | Sold (part) | 10/17/12 | J | | |
| 1017. | | | | | Sold (part) | 10/17/12 | J | | |
| 1018. | | | | | Sold (part) | 10/17/12 | J | | |
| 1019. | | | | | Sold (part) | 10/17/12 | J | | |
| 1020. | | | | | Sold | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - - PIMCO Total Return Fd Institutional Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 1022. | | | | | Sold (part) | 10/17/12 | J | | |
| 1023. | | | | | Sold (part) | 10/17/12 | J | | |
| 1024. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1025. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1026. | | | | | Sold (part) | 10/17/12 | J | | |
| 1027. | | | | | Sold (part) | 10/17/12 | J | | |
| 1028. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1029. | | | | | Sold (part) | 10/17/12 | J | | |
| 1030. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1031. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1032. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1033. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1034. | | | | | Sold (part) | 10/17/12 | J | | |
| 1035. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1036. | | | | | Sold (part) | 10/17/12 | J | | |
| 1037. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1039. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1040. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1041. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1042. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1043. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1044. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1045. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1046. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1047. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1048. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1049. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1050. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1051. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1052. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1053. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1054. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1056. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1057. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1058. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1059. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1060. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1061. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1062. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1063. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1064. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1065. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1066. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1067. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1068. | | | | | Sold | 10/17/12 | J | A | |
| 1069. - - Royce Total Return Fund | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 1070. | | | | | Sold (part) | 10/17/12 | J | | |
| 1071. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold (part) | 10/17/12 | J | | |
| 1073. | | | | | Sold (part) | 10/17/12 | J | | |
| 1074. | | | | | Sold (part) | 10/17/12 | J | | |
| 1075. | | | | | Sold (part) | 10/17/12 | J | | |
| 1076. | | | | | Sold (part) | 10/17/12 | J | | |
| 1077. | | | | | Sold (part) | 10/17/12 | J | | |
| 1078. | | | | | Sold (part) | 10/17/12 | J | | |
| 1079. | | | | | Sold (part) | 10/17/12 | J | | |
| 1080. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1081. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1082. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1083. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1084. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1085. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1086. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1087. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1088. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1090. | | | | | Sold | 10/17/12 | J | A | |
| 1091. - - Thornburg Invt Tr Value Fund Cl I | None | | | | Sold (part) | 10/17/12 | J | | |
| 1092. | | | | | Sold (part) | 10/17/12 | J | | |
| 1093. | | | | | Sold (part) | 10/17/12 | J | | |
| 1094. | | | | | Sold (part) | 10/17/12 | J | | |
| 1095. | | | | | Sold (part) | 10/17/12 | J | | |
| 1096. | | | | | Sold (part) | 10/17/12 | J | | |
| 1097. | | | | | Sold (part) | 10/17/12 | J | | |
| 1098. | | | | | Sold (part) | 10/17/12 | J | | |
| 1099. | | | | | Sold (part) | 10/17/12 | J | | |
| 1100. | | | | | Sold (part) | 10/17/12 | J | | |
| 1101. | | | | | Sold (part) | 10/17/12 | J | | |
| 1102. | | | | | Sold | 10/17/12 | J | | |
| 1103. - - Transamerica Aegon Hgh Yld Bd Cl A | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 1104. | | | | | Sold (part) | 10/17/12 | J | | |
| 1105. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1107. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1108. | | | | | Sold (part) | 10/17/12 | J | | |
| 1109. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1110. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1111. | | | | | Sold (part) | 10/17/12 | J | | |
| 1112. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1113. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1114. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1115. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1116. | | | | | Sold (part) | 10/17/12 | J | | |
| 1117. | | | | | Sold (part) | 10/17/12 | J | | |
| 1118. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1119. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1120. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1121. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1122. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1124. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1125. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1126. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1127. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1128. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1129. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1130. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1131. | | | | | Sold | 10/17/12 | J | A | |
| 1132. - - Western Asset Core Bond Port Cl I | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 1133. | | | | | Sold (part) | 10/17/12 | J | | |
| 1134. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1135. | | | | | Sold (part) | 10/17/12 | J | | |
| 1136. | | | | | Sold (part) | 10/17/12 | J | | |
| 1137. | | | | | Sold (part) | 10/17/12 | J | | |
| 1138. | | | | | Sold (part) | 10/17/12 | J | | |
| 1139. | | | | | Sold (part) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1141. | | | | | Sold (part) | 10/17/12 | J | | |
| 1142. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1143. | | | | | Sold (part) | 10/17/12 | J | | |
| 1144. | | | | | Sold (part) | 10/17/12 | J | | |
| 1145. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1146. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1147. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1148. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1149. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1150. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1151. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1152. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1153. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1154. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1155. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1156. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1158. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1159. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1160. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1161. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1162. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1163. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1164. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1165. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1166. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1167. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1168. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1169. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1170. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1171. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1172. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1173. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 74 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1175. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1176. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1177. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1178. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1179. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1180. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1181. | | | | | Sold (part) | 10/17/12 | J | A | |
| 1182. | | | | | Sold | 10/17/12 | J | A | |
| 1183. - Real Estate: Northville, Wayne Co, MI house | | None | M | W | | | | | |
| 1184. - JPMorgan Chase Bank, N.A. Accounts | A | Interest | M | T | | | | | |
| 1185. - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #3 | D | Int./Div. | N | T | | | | | |
| 1186. - Pacific Life IRA Annuity: Pacific Innov Sel - IRA Annty | D | Int./Div. | M | T | | | | | |
| 1187. T Rowe Price Intl Growth & Income Fd | A | Dividend | J | T | | | | | |
| 1188. Estate #1 - Personal Rep & Beneficiary (see part VIII) (H) | | | | | | | | | |
| 1189. - JPMorgan Chase Bank, N.A. account | A | Interest | L | T | Distributed (part) | 05/15/12 | L | | |
| 1190. | | | | | Distributed (part) | 05/17/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. - Mason National Bank Certificate of Deposit | A | Interest | M | T | Open | 05/15/12 | L | | |
| 1192. - Johnson City Bank Certificate of Deposit | A | Interest | M | T | Open | 05/17/12 | L | | |
| 1193. Iberiabank | A | Interest | | | Closed | 10/02/12 | J | | |
| 1194. Brokerage Account #1 (NT MEP) (H) | | | | | | | | | |
| 1195. - MFB Northern Fds Money Mkt Fd | A | Dividend | K | T | | | | | |
| 1196. - MFB Northern Fds Stk Index Fd | C | Dividend | M | T | Sold (part) | 04/20/12 | K | D | |
| 1197. | | | | | Sold (part) | 11/02/12 | J | C | |
| 1198. - MFB Northern Fds Small Cap Index Fd | A | Dividend | K | T | Sold (part) | 04/20/12 | J | A | |
| 1199. - MFB Northern Intl Equity Index Fd | B | Dividend | L | T | Buy (add'l) | 04/20/12 | J | | |
| 1200. - MFB Northern Fds Emerging Mkts Equity Index Fd | B | Dividend | L | T | Buy (add'l) | 04/20/12 | J | | |
| 1201. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 1202. - MFB Northern High Yield Fixed Income Fd | C | Dividend | K | T | Buy (add'l) | 04/20/12 | J | | |
| 1203. | | | | | Sold (part) | 11/02/12 | J | | |
| 1204. - MFC SPDR Gold Tr Shs | | None | K | T | Sold (part) | 01/11/12 | J | A | |
| 1205. | | | | | Sold (part) | 02/14/12 | J | A | |
| 1206. | | | | | Sold (part) | 03/13/12 | J | A | |
| 1207. | | | | | Sold (part) | 04/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 76 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 1209. | | | | | Sold (part) | 05/16/12 | J | A | |
| 1210. | | | | | Sold (part) | 06/12/12 | J | A | |
| 1211. | | | | | Sold (part) | 07/06/12 | J | A | |
| 1212. | | | | | Sold (part) | 08/10/12 | J | A | |
| 1213. | | | | | Sold (part) | 09/12/12 | J | A | |
| 1214. | | | | | Sold (part) | 10/08/12 | J | A | |
| 1215. | | | | | Sold (part) | 11/19/12 | J | A | |
| 1216. | | | | | Sold (part) | 12/11/12 | J | A | |
| 1217. - MFO PIMCO PAC Invt Mgmt Ser Comm Real Rtn Strat Fd I | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 1218. - MFB Northern Fds Global Real Estate Index Fd | A | Dividend | K | T | Buy (add'l) | 04/20/12 | J | | |
| 1219. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 1220. - MFB Northern Fds Bd Index Fd | B | Dividend | L | T | Sold (part) | 04/20/12 | J | | |
| 1221. | | | | | Sold (part) | 11/02/12 | J | A | |
| 1222. - MFB Northern Mid Cap Index Fd | A | Dividend | K | T | Sold (part) | 04/20/12 | J | A | |
| 1223. - MFC Flexshs Tr Iboxx 5 Yr Target Duration Tips Index Fd | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 1224. - MFC Flexshs Tr Morningstar Glbl Upstream Natl Res Indx Fd | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 77 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. - MFC Flexshares Tr Iboxx 3 Yr Target Duration Tips Indx Fd | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 1226. - MFB Northern Fds Ultra Short Fixed Income Fd | A | Dividend | J | T | Buy | 11/02/12 | J | | |
| 1227. Fidelity Inv:Freedom K2020-Wayne SU Ret | A | Dividend | K | T | | | | | |
| 1228. Brokerage Account #2 (JB 468) (H) (see part VIII) | | | | | | | | | |
| 1229. - JPMorgan TR II MMkt Fd Morgan Cl | A | Dividend | | | Open | 01/09/12 | K | | |
| 1230. | | | | | Distributed (part) | 10/23/12 | L | | |
| 1231. | | | | | Distributed (part) | 10/26/12 | J | | |
| 1232. | | | | | Distributed (part) | 11/02/12 | J | | |
| 1233. | | | | | Distributed | 11/23/12 | J | | |
| 1234. - Ishares TR Russell 2000 Index Fd | | None | | | Buy | 01/11/12 | J | | |
| 1235. | | | | | Sold | 03/12/12 | J | A | |
| 1236. - SPDR S&P 500 ETF TR Unit Ser 1 | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1237. | | | | | Sold (part) | 03/12/12 | J | A | |
| 1238. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 1239. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 1240. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1241. | | | | | Sold (part) | 10/18/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 78 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Sold | 10/18/12 | J | A | |
| 1243. - Am Century Inter-Term T/F Bd Fd Instl Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1244. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 1245. | | | | | Sold (part) | 05/24/12 | J | A | |
| 1246. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 1247. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1248. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1249. | | | | | Sold | 10/18/12 | J | A | |
| 1250. - Blackrock Fds II U S Opp Portfolio Instl Cl | | None | | | Buy | 01/11/12 | J | | |
| 1251. | | | | | Sold | 10/18/12 | J | A | |
| 1252. - Delaware Group Emerging Mkts Fd Instl Cl | | None | | | Buy | 01/11/12 | J | | |
| 1253. | | | | | Sold | 10/18/12 | J | A | |
| 1254. - DWS Investment Trust Core Eqty Fd Instl Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1255. | | | | | Sold (part) | 09/10/12 | J | A | |
| 1256. | | | | | Sold | 10/18/12 | J | A | |
| 1257. - Invesco Van Kampen High Yield Muni Fd Cl Y | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1258. | | | | | Sold | 10/18/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. - Harris Assoc Inv Tr: Oakmark Fund Cl I | | None | | | Buy | 01/11/12 | J | | |
| 1260. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 1261. | | | | | Sold (part) | 09/10/12 | J | A | |
| 1262. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1263. | | | | | Sold | 10/18/12 | J | A | |
| 1264. - JPMorgan TR I Inter T/F Bd Select Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1265. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 1266. | | | | | Sold (part) | 05/24/12 | J | A | |
| 1267. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 1268. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1269. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1270. | | | | | Sold | 10/18/12 | J | A | |
| 1271. - JPMorgan TR I US Equity Fd Select Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1272. | | | | | Sold (part) | 03/12/12 | J | A | |
| 1273. | | | | | Sold | 10/18/12 | J | A | |
| 1274. - JPMorgan TR I Mid Cap Eqty Fd Select Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1275. | | | | | Sold | 10/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

Name of Person Reporting: **Bohm, Jeffrey E.**

Date of Report: 05/15/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. - JPMorgan TR I Small Cap Eqty Fd Select Cl | | None | | | Buy | 01/11/12 | J | | |
| 1277. | | | | | Sold | 10/18/12 | J | A | |
| 1278. - JPMorgan TR II US Real Estate Fd Select Cl | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1279. | | | | | Sold (part) | 03/12/12 | J | A | |
| 1280. | | | | | Sold | 09/10/12 | J | A | |
| 1281. - JPMorgan TR I Intl Value Fd Select Cl | | None | | | Buy | 01/11/12 | J | | |
| 1282. | | | | | Sold (part) | 03/12/12 | J | A | |
| 1283. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 1284. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1285. | | | | | Sold | 10/18/12 | J | A | |
| 1286. - JPMorgan TR I Emerging Mkts Eqty Fd Select Cl | | None | | | Buy | 01/11/12 | J | | |
| 1287. | | | | | Sold (part) | 05/24/12 | J | | |
| 1288. | | | | | Sold (part) | 09/10/12 | J | A | |
| 1289. | | | | | Sold | 10/18/12 | J | A | |
| 1290. - MFS Muni High Income Fd Cl A | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1291. | | | | | Sold | 10/18/12 | J | A | |
| 1292. - Rowe Price T/F Income Fd Advisor Cl | A | Dividend | | | Buy | 01/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Sold (part) | 05/24/12 | J | A | |
| 1294. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 1295. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1296. | | | | | Sold | 10/18/12 | J | A | |
| 1297. - Thornburg Intl Value Fd Cl I | A | Dividend | | | Buy | 01/11/12 | J | | |
| 1298. | | | | | Sold | 10/18/12 | J | A | |
| 1299. - Cohen & Steers Realty Income Fd Cl I | A | Dividend | | | Buy | 03/12/12 | J | | |
| 1300. | | | | | Sold | 10/18/12 | J | A | |
| 1301. - MFS Ser TR X Emerging Mkt Debt Fd Cl I | A | Dividend | | | Buy | 03/12/12 | J | | |
| 1302. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 1303. | | | | | Sold (part) | 10/18/12 | J | A | |
| 1304. | | | | | Sold | 10/18/12 | J | A | |
| 1305. - Goldman Sachs Emerging Mkts Debt Fd Instl Cl | A | Dividend | | | Buy | 05/24/12 | J | | |
| 1306. | | | | | Sold | 10/18/12 | J | A | |
| 1307. - Vanguard Sector Indx Fds REIT ETF | A | Dividend | | | Buy | 09/10/12 | J | | |
| 1308. | | | | | Buy (add'l) | 09/11/12 | J | | |
| 1309. | | | | | Buy (add'l) | 09/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Sold (part) | 10/18/12 | J | | |
| 1311. | | | | | Sold (part) | 10/18/12 | J | | |
| 1312. | | | | | Sold | 10/18/12 | J | | |
| 1313. Brokerage Account #3 (JB 5060) (X) (H) (see part VIII) | | | | | | | | | |
| 1314. - Cash Deposits (X) | | None | J | T | | | | | |
| 1315. - AT&T Inc (X) | | None | J | T | | | | | |
| 1316. - Campbell Soup (X) | | None | J | T | | | | | |
| 1317. - MVRAR/ETG/STRMTLS ETF (X) | A | Dividend | J | T | | | | | |
| 1318. - Oneok Inc New (X) | | None | J | T | | | | | |
| 1319. - Pfizer Inc (X) | | None | J | T | | | | | |
| 1320. - American High Income Trust F1 (X) | A | Dividend | J | T | | | | | |
| 1321. - Artisan MidCap Value Inv (X) | | None | J | T | | | | | |
| 1322. - Cambiar Small Cap Inv (X) | | None | J | T | | | | | |
| 1323. - Harding Loevner Intl Eqty Inv (X) | | None | J | T | | | | | |
| 1324. - Ivy Mid Cap Growth A (X) | | None | J | T | | | | | |
| 1325. - Lazard Emerging Mkts I (X) | | None | J | T | | | | | |
| 1326. - Harris Assoc Inv Tr: Oakmark Fund Cl I (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. - Pimco Emerging Mkts Bond A (X) | A | Dividend | J | T | | | | | |
| 1328. - Pimco Foreign Bd (Unhedged) A (X) | A | Dividend | J | T | | | | | |
| 1329. - Pimco Short-Term A (X) | A | Dividend | J | T | | | | | |
| 1330. - Prudential Jennison Growth Z (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VI, page 4, line 2: After      suffered a stroke in mid-December of 2012, I had to manage    financial affairs. I discovered that    had borrowed funds against this Northwestern Whole Life Insurance Policy a number of years ago. This debt was not disclosed in prior years because it was      debt against    asset, and I had no knowledge of the debt.

(2) Part VII, page 7, line 39: IRA #4 and IRA #5 were closed in 2009. Thus, in this report, IRA #6 follows IRA #3.

(3) Part VII, page 7, line 52: In January of 2006,      and I conveyed rental property to Schulle, LLC, a company which      and I formed for the purpose of owning this rental property. This real property is located in Austin, Travis County, Texas.

(4) Part VII, page 9, line 82: IRA #10 was closed in 2011. Thus, in this report, IRA #11 follows IRA #9.

(5) Part VII, page 11, line 107:      is a beneficiary of the Powell Mineral Trust, a trust created by members of    family to hold oil and gas mineral interests. The estimated value of      beneficial interest in this trust is less than $15,000.

(6) Part VII, page 11-12, lines 114-135, pages 13-20, lines 137-262 and pages 82-83, lines 1313-1330: The assets of trust #3's brokerage acct #1 were distributed to the trust beneficiaries in December 2012. Some of the assets of trust #3's brokerage acct #1 were transferred into trust #2 in December 2012, pursuant to the directive of trust #3, and are listed as trust #2's brokerage acct # 1 on pages 11-12, lines 114-135. Other assets were transferred directly to      and me in December 2012. My assets from trust #3's brokerage acct #1 are held in brokerage acct #3, listed on pages 82-83, lines 1313-1330.

(7) Part VII, pages 20-39, lines 263-592: The assets of trust #3's brokerage acct #2 were sold and the funds received transferred to the trust's existing JPMorgan Chase bank account, reflected on line 1184. Trust #3's brokerage acct #2 was closed in November 2012.

(8) Part VII, pages 39-54, lines 593-847: The assets of trust #3's brokerage acct #5 were sold and the funds transferred to the trust's exisiting JPMorgan Chase bank account, reflected on line 1184. Trust #3's brokerage acct #5 was closed in October 2012.

(9) Part VII, pages 54-74, lines 848-1182: The assets of trust #3's brokerage acct #6 were sold and the funds transferred to the trust's existing JPMorgan Chase bank account, reflected on line 1184. Trust #3's brokerage acct #6 was closed in October 2012.

(10) Part VII, page 77-82, lines 1228-1312: In January of 2012 I opened brokerage acct #2 and invested funds inherited from my father in 2011. In October, I sold all the assets in this brokerage account and transferred the funds to an existing JPMorgan Chase Bank acct, reflected on line 6.

Bohm, Jeffrey E.

05/15/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jeffrey E. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544